**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

─────────────

**No. 00-6543**

─────────────

RICKIE LATIMER,

                              Plaintiff - Appellant,

        versus


NORTH CAROLINA PAROLE COMMISSION, as to the
Commissioners, North Carolina Parole Commis-
sion, in their individual capacities only;
JUANITA H. BAKER; ELBERT T. BUCK, JR.; CHARLES
LEE MANN, SR.; WILLIAM A. LOWRY; PEGGY STAMEY;
CHARLES CROMER; LOUIS R. COLOMBO; SAMUEL WIL-
SON; BRIGGS BRUCE; KATRENA B. HORTON; ARLENE
PULLEY; JOSEPH E. SLATE, JR.; WANDA J. GAR-
RETT; JEFFREY T. LEDBETTER; LEON STANBACK,

                              Defendants - Appellees,

        and


NORTH CAROLINA PAROLE COMMISSION, Commissioners/
Case Analyst,

                              Defendant.

─────────────

Appeal from the United States District Court for the Eastern Dis-
trict of North Carolina, at Raleigh. W. Earl Britt, Senior District
Judge.  (CA-98-854-5-BR)

─────────────

Submitted:  September 8, 2000      Decided:  September 15, 2000

─────────────

Before LUTTIG and KING, Circuit Judges, and HAMILTON, Senior Circuit Judge.

---

Affirmed by unpublished per curiam opinion.

---

Rickie Latimer, Appellant Pro Se.  Elizabeth F. Parsons, OFFICE OF THE ATTORNEY GENERAL OF NORTH CAROLINA, Raleigh, North Carolina, for Appellees.

---

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Rickie Latimer appeals the district court's order denying relief on his 42 U.S.C.A. § 1983 (West Supp. 2000) complaint.  We have reviewed the record and the district court's opinion and find no reversible error.  Accordingly, we affirm on the reasoning of the district court.  <u>See</u> <u>Latimer v. North Carolina Parole Comm'n</u>, No. CA-98-854-5-BR (E.D.N.C. Mar. 3, 2000).  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>